USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x
In re Application of

QUADRE INVESTMENTS, L.P.; ATHOS ASIA
EVENT DRIVEN MASTER FUND; FMAP ACL
LIMITED; OME HOLDINGS LLC; PEMBROKE
WAY LLC; STANDISH ROAD LLC;
STOCKBRIDGE ASBOLUTE RETURN FUND;
STOCKBRIDGE FUND, L.P.; TABLET
HOLDINGS, LLC,

Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

18-MC-416 (ALC)

<u>ORDER</u>

--------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

The Parties are hereby **ORDERED** to submit a Joint Status Report on or before December 11, 2019.

**SO ORDERED.**

Dated:   New York, New York
         November 27, 2019

_____
ANDREW L. CARTER, JR.
United States District Judge