USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of | Case No. 18-mc-0416-ALC |
| QUADRE INVESTMENTS, L.P.; ATHOS ASIA EVENT DRIVEN MASTER FUND; FMAP ACL LIMITED; OME HOLDINGS LLC; PEMBROKE WAY LLC; STANDISH ROAD LLC; STOCKBRIDGE ABSOLUTE RETURN FUND; STOCKBRIDGE FUND, L.P.; TABLET HOLDINGS, LLC, | **NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL** |
| Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | |

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4 and subject to the approval of the Court, Petitioners Quadre Investments, L.P.; Athos Asia Event Driven Master Fund; FMAP ACL Limited; OME Holdings LLC; Pembroke Way LLC; Standish Road LLC; Stockbridge Absolute Return Fund; Stockbridge Fund, L.P.; and Tablet Holdings, LLC (collectively, "Petitioners") hereby withdraw the appearance of Kyle J. Kolb, Esq. as counsel for Petitioners. Mr. Kolb has represented Petitioners in this matter with Lori Marks-Esterman, his colleague at Olshan Frome Wolosky LLP.

Kyle J. Kolb will no longer be associated with Olshan Frome Wolosky LLP as of January 3, 2020. Olshan Frome Wolosky LLP will continue to represent Petitioners as counsel of record in this action. Thus, Mr. Kolb's withdrawal will have no material effect on this matter, and it will not cause prejudice to any party. In light of the foregoing, Petitioners respectfully request that the Court remove Mr. Kolb as counsel for Petitioners.

5269405-1

Dated:    New York, New York
         January 3, 2020

OLSHAN FROME WOLOSKY LLP


By:   */s/ Kyle J. Kolb*
     Lori Marks-Esterman
     Kyle J. Kolb
     1325 Avenue of the Americas
     New York, New York 10019
     (212) 451-2300
     *Attorneys for Petitioners Quadre*
     *Investments, L.P; Athos Asia Event*
     *Driven Master Fund; FMAP ACL*
     *Limited; OME Holdings LLC; Pembroke*
     *Way LLC; Standish Road LLC;*
     *Stockbridge Absolute Return Fund;*
     *Stockbridge Fund, L.P.; and Tablet*
     *Holdings, LLC*


**SO ORDERED.**

DATED: January 6 , 2020

Honorable Andrew L. Carter, Jr.
United States District Judge