USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re Application of                                                :
                                                                    :
QUADRE INVESTMENTS, L.P.; ATHOS ASIA                                :
EVENT DRIVEN MASTER FUND; FMAP ACL                                  :     18-MC-416 (ALC)
LIMITED; OME HOLDINGS LLC; PEMBROKE                                 :
WAY LLC; STANDISH ROAD LLC;                                         :     ORDER
STOCKBRIDGE ASBOLUTE RETURN FUND;                                   :
STOCKBRIDGE FUND, L.P.; TABLET                                      :
HOLDINGS, LLC,                                                      :
                                                                    :
Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to           :
Conduct Discovery for Use in a Foreign Proceeding                   x
-------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby **ORDERED** to submit a Joint Status Report on or before October 26, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **October 5, 2020**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**